IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BASINGER-LOPEZ, | No. C 08-5192 MEJ |
| Plaintiff(s), | **ORDER VACATING C.M.C.** |
| vs. | |
| TRACY PAUL & ASSOCIATES, , | |
| Defendant(s). | |

This matter is currently scheduled for a case management conference on February 26, 2009 at 10:00 a.m. However, Defendants have made no appearance in the case and Plaintiff filed a request for entry of default. Accordingly, the Court hereby VACATES the February 26 c.m.c. If the Clerk of Court enters default, Plaintiff shall file a motion for default judgment. If the Clerk denies entry of default, Plaintiff shall file a status report within 14 days from the denial.

**IT IS SO ORDERED.**

Dated: February 23, 2009

MARIA-ELENA JAMES
United States Magistrate Judge