IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BASINGER-LOPEZ, | No. C 08-5192 MEJ |
| Plaintiff(s), | **ORDER FOR PLAINTIFF TO FILE STATUS UPDATE** |
| vs. | |
| TRACY PAUL & ASSOCIATES, , | |
| Defendant(s). | |

On February 23, 2009, the Court vacated the scheduled case management conference in this matter and ordered Plaintiff to file either a motion for default judgment or a status report. Since that time, no further docket activity has taken place in this case. Accordingly, the Court hereby ORDERS Plaintiff to file a status report by May 14, 2009.

**IT IS SO ORDERED.**

Dated: April 30, 2009

MARIA-ELENA JAMES
United States Magistrate Judge